without prejudice. *Pennsylvania Gaming Control Board v. City Council of Philadelphia,* ("*PGCB v. City Council*") — Pa. ——, 928 A.2d 1255 n. 6 (2007) (discussing the application of the Court's King's Bench powers). It is also hereby ordered that Petitioner's above-referenced application for a temporary stay is dismissed as moot.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James McCOY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 16, 2007.

***ORDER***

PER CURIAM.

AND NOW, this 16th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did not the trial court err by convicting appellant of discharging a firearm into an occupied building where the statute requires that a person fire "into" an occupied building to be guilty, but appellant fired a weapon while inside the building?

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Lucius SHAIRD, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 16, 2007.

***ORDER***

PER CURIAM.

AND NOW, this 16th day of October, 2007, the Petition for Allowance of Appeal and Motion to Quash Commonwealth's Brief in Opposition are hereby **DENIED.**

■

**In re NOMINATION PAPERS OF Granny LASH for the Offices of Mayor and City Council of the City of Chester.**

**Petition of Barbara Starkey.**

Supreme Court of Pennsylvania.

Oct. 22, 2007.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED** and the Commonwealth Court's Order is **REVERSED** based on *In re Benkoski and Stewart,* —— Pa. ——, 934 A.2d 1150, 785, 786 MAL 2007, 2007 WL 2938186 (2007), *reversing* 932 A.2d 1023, 1624, 1625 C.D. 2007, 2007 WL 2701229 (2007).

■

In re NOMINATION PAPERS OF Frances G. WHITTINGTON as an Independent Candidate for Chester City Council.

Petition of Marrea D. Walker–Smith.

Supreme Court of Pennsylvania.

Oct. 22, 2007.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED** and the Commonwealth Court's Order is **REVERSED** based on *In re Benkoski and Stewart,* —— Pa. ——, 934 A.2d 1150, 785, 786 MAL 2007, 2007 WL 2938186 (2007), *reversing* 932 A.2d 1023, (2007).

■

In re NOMINATION PAPERS OF Charlie L. WARREN, II, as an Independent Candidate for School Director of the Board of School Directors of the Chester Upland School District.

Petition of Marrea D. Walker–Smith.

Supreme Court of Pennsylvania.

Oct. 22, 2007.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED** and the Commonwealth Court's Order is **REVERSED** based on *In re Benkoski and Stewart,* —— Pa. ——, 932 A.2d 1150, 785, 786 MAL 2007, 2007 WL 2938186 (2007), *reversing* 932 A.2d 1023 (2007).

